708

Commonwealth *v.* Ephraim, Appellant.

Argued December 9, 1971. *David H. Kubert*, for appellant; *Judith Dean*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Gellock, Appellant.

Submitted December 6, 1971. *Harris S. Pasline*, for appellant; *Alan B. McFall*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.